# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| v. | |
| MARK POSTELL | NO. 15-481 |

### O R D E R

**AND NOW**, this 30th day of August, 2017, upon consideration of Government's Motion to Dismiss Indictment (Document No. 22, filed March 24, 2017), following Hearings on March 28, 2017, and August 30, 2017, to address living arrangements and mental health treatment for defendant, Mark Postell, and the Court having concluded that appropriate living arrangements and mental health treatment have been put in place, **IT IS ORDERED** that that Government's Motion to Dismiss Indictment is **GRANTED**, and the Indictment is **DISMISSED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Hon. Jan E. DuBois

DuBOIS, JAN E., J.